IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DeWITT, ROSS & STEVENS, S.C.,

        Plaintiff,

v.

ALVIN E. ECKENROD, INTERLAM,
INC., LAB DESIGNS, LLC and
MODULAR WOOD SYSTEMS, INC.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-359-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

Alvin E. Eckenrod, Interlam, Inc., Lab Designs, LLC, and Modular Wood Systems, Inc., granting

their motion to dismiss for lack of personal jurisdiction and dismissing this case without

prejudice.


_____          _____
      Peter Oppeneer, Clerk of Court                                      12-/14/11
                                                                                 Date